**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANNY B.[1],

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_______________________________/

Case No. 2:25-cv-11034

Hon. Brandy R. McMillion
United States District Judge

Hon. David R. Grand
United States Magistrate Judge

**ORDER ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF NO. 16), GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 12), AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 14)**

Plaintiff Danny B. ("Plaintiff") brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of Defendant Commissioner of Social Security ("Commissioner") denying his applications for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. On August 10, 2026, Chief Magistrate Judge David R. Grand issued a Report and Recommendation ("R&R") (ECF No. 16) to grant Plaintiff's Motion for Summary Judgment (ECF No.

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

12), deny the Commissioner's Motion for Summary Judgment (ECF No. 14), and ultimately remand the case back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

At the end of the R&R, the Magistrate Judge advised the parties that to seek review of the recommendation, the parties were required to file specific objections with the Court within fourteen days of service, pursuant to Federal Rule of Civil Procedure 72(b)(2) and Eastern District of Michigan Local Rule 72.1(d). ECF No. 16, PageID.896. That deadline has passed and no objections have been filed. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also Ivey v. Wilson*, 832 F.2d 950, 957-58 (6th Cir. 1987) (explaining that a party's failure to timely object to a report and recommendation allows a court to accept the recommendation "without expressing any views on the merits of the magistrate's conclusions"). Similarly, failure to object to an R&R forfeits any further right to appeal. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (recognizing that a party forfeits their right to appeal by failing to timely file objections to an R&R).

Accordingly, because neither party objected to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of Plaintiff's and Defendant's Cross-Motions for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 12) is **GRANTED** and Defendant's Motion for Summary Judgment (ECF No. 14) is **DENIED**.

**IT IS FURTHER ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

***This is a Final Order that closes the case.***

**IT IS SO ORDERED.**

Dated: August 31, 2026
Detroit, Michigan

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge